# United States District Court
## Violation Notice

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| WW35 | F5309859 | BUGOSH | 2416 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense (mm/dd/yyyy): 03/31/2021 1175
Offense Charged: ☒ CFR ☐ USC ☐ State Code: 36 CFR 261.54(d)

Place of Offense: Green Mountain Road

Offense Description: Factual Basis for Charge:
Driving a motor vehicle without insurance

### DEFENDANT INFORMATION

Last Name: Urich
First Name: Madyson
MI: M

Tag No: A3255390
State: WA
Make/Model: Chev SUV
Color: WHI

**APPEARANCE IS REQUIRED**
A ☐ If Box A is checked, you must appear in court.

**APPEARANCE IS OPTIONAL**
B ☒ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court.

$ 250 Forfeiture Amount
+ $30 Processing Fee
$ 280 Total Collateral Due

PAY THIS AMOUNT AT → www.cvb.uscourts.gov

### YOUR COURT DATE

X Defendant Signature

Original - CVB Copy
*F5309859*
FS-5300-4 (1/2020)

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on March 31, 2021 while exercising my duties as a law enforcement officer in the Western District of Washington

See Attached

The foregoing statement is based upon:
☒ my personal observation    ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 03/31/2021    [signature]
Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)    U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN 04/07/2021 14:37